United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 19, 2014
Docket #: 14-1870cv
Short Title: Pasha v. Jansheshki

DC Docket #: 14-cv-799
DC Court: SDNY (NEW YORK CITY)
DC Judge: Patterson

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8623.