## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: __PASHA vs. JANSHESKI, et al.__    Docket No.: __14-1870__

Lead Counsel of Record (name/firm) or Pro se Party (name): __JEFFERY J. DAAR / Daar & Newman, a Professional Law Corporation__

Appearance for (party/designation): __Plaintiff and Appellant N. DEAN PASHA__

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

### RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____[signature]_____
Type or Print Name: __Jeffery J. Daar__
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21700 Oxnard Street, Suite 350, Woodland Hills, CA 91367.

On June 19, 2014, I served the foregoing document(s) described as **ACKNOWLEDGEMENT AND NOTICE OF APPEARANCE** on the interested parties to this action who are listed on the attached Service List.

☒ **BY U.S. MAIL:** By enclosing the documents in a sealed envelope(s) or package(s) addressed to the persons at the addresses on the attached Service List, with postage thereon fully prepaid and:

　　☒ Deposited them with the United States Postal Service at Los Angeles, California.

　　☐ Placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Los Angeles, California.

☐ **BY HAND:** By personally delivering a true copy thereof in sealed envelope(s) to the persons listed on the attached Service List. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY TELECOPY:** Based on an agreement of the parties to accept service by fax transmission, by transmitting a true copy thereof via telecopy machine to the persons listed on the attached Service List. No error was reported by the telecopy machine that I used.

☐ **BY OVERNIGHT (Norco Overnight ®):** By placing a true copy thereof in a sealed envelope(s) or package(s) provided by Norco Overnight®, addressed to the persons listed on the attached Service List, and with written instructions for "next-day" delivery. I placed the envelope(s) or package(s) to be collected for delivery at a regularly-utilized Norco Overnight® drop box.

☐ **BY E-MAIL/ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, by transmitting a true copy thereof I caused the documents to be sent to the persons at the e-mail addresses listed on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I am employed in the office of a member of the Bar of this Court at whose discretion this service was made.

Executed on June 19, 2014 at Los Angeles, California.

_____
R. D. Hayes

-1-

PROOF OF SERVICE

## SERVICE LIST

DONALD R. DINAN
ROETZEL & ANDRESS, LPA
600 14TH STREET N.W., SUITE 400
WASHINGTON, D.C. 20005
Fax Number: 202/338-6340
ddinan@ralaw.com

PHILIP J. LAYFIELD, ESQ.
CHRISTOPHER S. WALTON, ESQ.
THE LAYFIELD LAW FIRM, APC
525 SOUTH DOUGLAS STREET, SUITE 280
EL SEGUNDO, CA 90245
Fax Number: 800/644-9861
philip@pjllawfirm.com
chris@pjllawfirm.com

GARY S. REDISH, ESQ.
WINNE BANTA HETHERINGTON
BASRALIAN & KAHN, P.C.
COURT PLAZA SOUTH-EAST WING, SUITE 101
21 MAIN STREET
P.O. Box 647
HACKENSACK, NJ 07601-0647
Fax Number: 201/487-8529
gredish@winnebanta.com

PROOF OF SERVICE